# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | CRIMINAL ACTION NO. |
| KENNETH LAVON JONES, : | 2:09-CR-00027-RWS |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendations [33 and 34] of Magistrate Judge Susan S. Cole. After reviewing the entire record, including Defendant's Objections [35], the Court enters the following Order.

Defendant filed a Motion to Suppress Evidence Seized From Improper Search Warrant [22] challenging a search warrant obtained by Barrow County Sheriff's Office Investigator Blake A. Bodenmiller on May 15, 2009. Defendant argues that the affidavit accompanying the application for the search warrant failed to provide probable cause for issuing the warrant. Defendant also challenged the application of the good faith exception of United States v.

Leon, 468 U.S. 897 (1984). After reviewing the Report and Recommendation [33], the Court receives it will approval and adopts it as the Opinion and Order of this Court. The Court agrees that the warrant was supported by probable cause. The Court further agrees that if the warrant was not supported by probable cause, the Leon good faith exception to the exclusionary rule would apply. Accordingly, Defendant's Motion to Suppress [22] is **DENIED**.

Defendant also filed a Motion to Dismiss Indictment [18] challenging the constitutionality of 18 U.S.C. § 922(g)(1) in light of the Supreme Court's decision in District of Columbia v. Heller, 128 S. Ct. 2783 (2008). After reviewing the Report and Recommendation [34], it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Dismiss Indictment [18] is hereby **DENIED**.

**SO ORDERED** this  24th  day of November, 2009.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)